```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF DELAWARE


In re:                                  )   Chapter 11
                                        )
WASHINGTON MUTUAL, INC., ET AL.,        )   Case No. 08-12229 (MFW)
                                        )
              Debtors.                  )   Jointly Administered
_____)
                                        )
OFFICIAL COMMITTEE OF UNSECURED         )
CREDITORS OF WASHINGTON MUTUAL,         )
INC., ET AL., ON BEHALF OF CHAPTER      )
11 ESTATES OF WASHINGTON MUTUAL,        )
INC., ET AL.,                           )
                                        )
              Plaintiff,                )
                                        )
         v.                             )   Adv. No. 10-53158 (MFW)
                                        )
JAMES CORCORAN,                         )
                                        )
              Defendant.                )
_____)
```

## O R D E R

**AND NOW**, this **16th** day of **July, 2013,** upon consideration of Corcoran's Motion to Dismiss the Complaint filed by the Committee and for the reasons set forth in the accompanying Memorandum Opinion; it is hereby

**ORDERED** that the Motion to Dismiss is **GRANTED** as to Counts 1 and 3, with leave to amend the Complaint on these Counts within 30 days; and it is further,

**ORDERED** that the Motion to Dismiss is **DENIED** as to Counts 2, 4 and 5.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

Cc: David E. Wilks, Esquire[1]

---

[1] Counsel is to serve a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

David E. Wilks, Esquire
Douglas J. Cummings, Junior
Wilks Lukoff & Bracegirdle, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806
Counsel for James Corcoran

Mark D. Collins, Esquire
Paul N. Heath, Esquire
Amanda R. Steele, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Counsel for WMI Liquidating Trust

Robert A. Johnson, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Counsel for WMI Liquidating Trust